IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-CR-85-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RAEFORD EDWARD NUNN, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the motion (D.E. 33) by the government to seal a document it filed (D.E. 32) relating to the medical status of defendant as it relates to his ability to appear in court on 13 June 2012 before the undersigned for his initial appearance on the indictment filed against him. In light of the medical nature of the document filed, the motion to seal is GRANTED, and the Clerk is DIRECTED to permanently seal the document (D.E. 32).

SO ORDERED, this the 7th day of June 2012.

_____
James E. Gates
United States Magistrate Judge